McArthur JONES, Appellant,

and

Martin M. Karnas, Appellant,

v.

Edward J. DERWINSKI, Secretary of Veterans Affairs, Appellee.

Nos. 90–58, 90–312.

United States Court of Veterans Appeals.

Nov. 22, 1991.

William G. Smith, Los Angeles, Cal., for appellant Jones.

Ruth Eisenberg, Nat. Veterans Legal Services Project, Washington, D.C., for appellant Karnas.

Thomas Turcotte, San Francisco, Cal., Lawrence B. Hagel, Paralyzed Veterans of America, Washington, D.C., Elinor Roberts, David W. Ewing, Swords to Plowshares, San Francisco, Cal., Douglas R. Wright, Covington & Burling, William P. Barr, U.S. Atty. Gen. Dept. of Justice, Washington, D.C., amici curiae.

Before NEBEKER, Chief Judge, and KRAMER, FARLEY, MANKIN, HOLDAWAY, IVERS, and STEINBERG, Associate Judges.

ORDER

It is ORDERED, sua sponte, that pursuant to Rule 3(d), the above-captioned appeals are consolidated for all purposes. It is further

ORDERED, sua sponte, that these consolidated appeals will be heard and decided by the Court en banc. The Court requests that, not later than December 4, 1991, all parties and amici submit to the Clerk an original plus seven copies of each brief. It is further

ORDERED, sua sponte, that the November 8, 1991, order setting oral argument in *Jones v. Derwinski*, U.S.Vet.App. No. 90–58, is vacated. It is further

ORDERED that the motion of the Secretary of Veterans Affairs to stay proceedings in *Karnas v. Derwinski*, U.S.Vet.App. No. 90–312, is denied as moot. It is further

ORDERED, sua sponte, that, pursuant to Rule 34, oral argument before the Court en banc is set for Wednesday, January 15, 1992, at 9:30 a.m. in the Courtroom at Suite 900, 625 Indiana Avenue, NW, Washington, DC 20004. Counsel for each appellant is allotted 30 minutes for presentation of argument, and counsel for the Secretary is allotted a total of one hour for the consolidated cases.